UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>KIM McKENZIE,<br><br>            Defendant. | No.  2:16-cv-737 MCE CKD<br><br>ORDER |

Resolution of defendant's in forma pauperis application was referred to the undersigned by minute order filed April 14, 2016.  ECF No. 5.  Defendant has not paid the fee ordinarily required to remove an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  See 28 U.S.C. §§ 1914(a), 1915(a).  Defendant states she is currently employed but does not provide the information required on the form with respect to the amount of her wages and pay period.  Defendant also does not provide a description or value of her automobile and does not indicate whether she owns her home.  Defendant will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendant shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee for removing an action to federal court; defendant's failure to comply with this order will result in a recommendation that this action be remanded; and

2. The Clerk of the Court is directed to send defendant a new Application to Proceed In Forma Pauperis.

Dated:  April 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 pacbell-mckenzie0737.inc