UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>KIM McKENZIE,<br><br>           Defendant. | No.  2:16-cv-737 MCE CKD<br><br>ORDER |

Resolution of defendant's in forma pauperis application was referred to the undersigned by minute order filed April 14, 2016.  ECF No. 5.  Defendant has filed an amended application.  ECF No. 11.  In the amended affidavit, defendant states that her biweekly take home pay is $1,400.  Defendant also states that she owns her own home with a monthly mortgage payment of $2,000.

Pursuant to federal statute, a filing fee of $350.00 is required to remove a civil action to federal district court.  28 U.S.C. § 1914(a).  In addition, a $50.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).  The amount of defendant's income shows that defendant is able to pay the filing fee and costs.  Thus,

1

1 defendant has made an inadequate showing of indigency.  See Alexander v. Carson Adult High
2 Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th
3 Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

4      Accordingly, IT IS HEREBY ORDERED that defendant is granted fourteen days in which
5 to submit the appropriate fees to the Clerk of the Court.  Defendant is cautioned that failure to pay
6 the filing and general administrative fees in the amount of $400 will result in a recommendation
7 that the application to proceed in forma pauperis be denied and the instant action be remanded.

8 Dated:  May 5, 2016

               /s/ Carolyn K. Delaney
               CAROLYN K. DELANEY
               UNITED STATES MAGISTRATE JUDGE

11 4 pacbell-mckenzie0737.ifp.den