UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>KIM McKENZIE,<br><br>         Defendant. | No.  2:16-cv-0737 MCE CKD<br><br>FINDINGS AND RECOMMENDATIONS |

Resolution of defendant's in forma pauperis application was referred to the undersigned by minute order filed April 14, 2016.  ECF No. 5.  Defendant filed an amended application.  ECF No. 11.  In the amended affidavit, defendant states that her biweekly take home pay is $1,400.  Defendant also states that she owns her own home with a monthly mortgage payment of $2,000.

By order filed May 5, 2016, defendant was directed to submit the appropriate fees to the Clerk of Court within fourteen days.  Defendant was also cautioned that failure to pay the filing and general administrative fees in the amount of $400 would result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be remanded.  The fourteen day time period has now passed and defendant has failed to submit the requisite fees for removing an action from state court to this court and has not otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Defendant's motion to proceed in forma pauperis (ECF Nos. 2, 11) be denied; and

2. This action be summarily remanded to the Superior Court of California, County of San Joaquin.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 3, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 pacbell-mckenzie0737.ftc